UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (WORCESTER)

In re:

Chapter 13
Case No. 26-40958

Edward N. Gouin
Debtor

**PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:**

**FRIEDMAN VARTOLO LLP**
Attorneys for Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 14, 2026

By: /s/ Kate Heidbrink_____

Katherine Heidbrink, Esq.
BBO #: 682759
**FRIEDMAN VARTOLO LLP**
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (WORCESTER)

In re:

Chapter 13
Case No. 26-40958

Edward N. Gouin
Debtor

**CERTIFICATE OF SERVICE**

I, Katherine Heidbrink, of Friedman Vartolo, LLP, do hereby certify that on August 14, 2026 I served a copy of the NOTICE OF APPEARANCE on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on the service list.

Signed this 14 day of August, 2026

By: /s/ Kate Heidbrink

Katherine Heidbrink, Esq.
BBO #: 682759
**FRIEDMAN VARTOLO LLP**
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

# ***SERVICE LIST***

VIA US MAIL

Edward N. Gouin
100 Perry Street
Douglas, MA 01516
**Bankruptcy Debtor**

Melissa J. Gouin
100 Perry Street
Douglas, MA 01516
**Bankruptcy Co-Debtor**

VIA ECF

Troy D Morrison
Law Office of Troy D. Morrison
100 Front Street, Suite 400
Worcester, MA 01608
**Attorney**

David A. Mawhinney
P.O. Box 964
Worcester, MA 01613
**Bankruptcy Trustee**

Richard King
Office of the U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
**United States Trustee**