**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

---

IN RE:

EDWARD N. GOUIN

CASE NO. 26-40958
CHAPTER 13

Debtor.

---

# REQUEST FOR NOTICE

---

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

Aaron J. Nash, Esq.
EVANS PETREE PC
9005 Overlook Blvd.
Brentwood, TN 37027

/s/ Aaron J. Nash

Aaron J. Nash (024631)
EVANS PETREE PC
Attorneys for TD Bank
9005 Overlook Blvd.
Brentwood, TN 37027
(615) 567-0168 telephone
(615) 349-3528 fax
anash@evanspetree.com