**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| EDWARD N. GOUIN | : | CASE NO. 26-40958 EDK |
| | : | CHAPTER 13 |
| DEBTOR | : | |

**NOTICE OF APPEARANCE OF AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for TD Bank, N.A., successor in interest to TD Auto Finance LLC, a creditor in the above-captioned case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise_

Dated at Bloomfield, Connecticut on October 27, 2026.

MOVANT
TD Bank, N.A., successor in interest to TD Auto Finance LLC
By /s/ Walter Onacewicz

Walter Onacewicz, Esq.
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
BBO No. 662159
Telephone No. (860) 242-7585
wonacewicz@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| EDWARD N. GOUIN | : | CASE NO. 26-40958 EDK |
| | : | CHAPTER 13 |
| DEBTOR | : | |

**CERTIFICATE OF SERVICE**

The undersigned TD Bank, N.A., successor in interest to TD Auto Finance LLC (the "Movant") hereby certifies that on October 27, 2026 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice by first class mail postage prepaid or electronically:

**Documents Served**

(1) Notice of Appearance

**Parties Served:**

**Troy D Morrison**
Law Office of Troy D.
Morrison
100 Front Street
Suite 400
Worcester, MA 01608
508-769-3409
tmorrison@morrisonlawpc.net
*Assigned: 08/10/26*

**Richard King**
Office of US. Trustee
446 Main Street
14th Floor

Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV
*Added: 08/10/2026*
*(Assistant U.S. Trustee)*

**David A. Mawhinney-Ch13**
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01613
(508) 791-3300
davidmawhinney@ch13worc.com
*Added: 08/10/2026*
*(Trustee)*

| | | |
|---|---|---|
| **U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>United States<br>Bankruptcy@FriedmanVartolo.com<br>*Added: 08/14/2026*<br>*(Creditor)* | represented by | **Kate Heidbrink**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue<br>Suite 230<br>Garden City, NY 11530<br>212-471-5100<br>bkecf@friedmanvartolo.com<br>*Assigned: 08/14/26* |

Dated at Bloomfield, Connecticut on October 27, 2026

MOVANT

By /s/ Walter Onacewicz
Walter Onacewicz, Esq.
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
BBO No. 662159
Telephone No. (860) 692-3121
wonacewicz@nairlevin.com