UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Edward N. Gouin ,<br>Debtor | Chapter: 13<br>Case No: 26−40958<br>Judge Elizabeth D. Katz |

**NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING**

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **12/16/26 at 10:30 AM** before the Honorable Judge Elizabeth D. Katz, the hearing will be held TELEPHONICALLY to consider the following pleading (the "Pleading"):

#20 Motion filed by Creditor Rushmore Servicing for Relief from Stay in Rem Re: 100 Perry Street, Douglas, MA

THIS HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646−828−7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED.

**OBJECTION/RESPONSE DEADLINE: NOVEMBER 30, 2026 BY 4:00 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the Pleading without a hearing or further notice.

**THE PARTY WHO FILED THE PLEADING IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the party who filed the Pleading fails to timely file a certificate of service, the Court may deny or overrule the Pleading without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the Court determines the existence of a disputed and material issue of fact, the Court may schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the Court schedules an evidentiary hearing.

Date:10/29/26

By the Court,

Sophia Howard
Deputy Clerk
413−785−6909