UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Edward N. Gouin,<br><br>Debtor. | Chapter 13<br>Case No. 26-40958-EDK |

## CERTIFICATE OF SERVICE

I, Kate Heidbrink, Esq. of the law firm of Friedman Vartolo, LLP, hereby certify that I have this 30th day of October 2026, served, the foregoing Notice of Telephonic Non-evidentiary Hearing and this Certificate of Service, by causing copies hereof to be sent by first-class, U.S. mail, postage pre-paid (M), and by electronic mail via the electronic court filing system (ECF), to the following:

| | |
|---|---|
| Edward N. Gouin<br>100 Perry Street<br>Douglas, MA 01516 (M) | Tony D. Morrison<br>Law Office of Troy D. Morrison<br>100 Front Street, Suite 400<br>Worcester, MA 01608 (ECF) |
| Melissa J Gouin<br>100 Perry Street<br>Douglas, MA 01516 (M) | Richard King<br>Office of the US Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA 01608 (ECF) |
| David A. Mawhinney-13<br>Chapter 13 Trustee<br>P. O. Box 964<br>Worcester, MA 01613 (ECF) | Douglas County Tax Commissioner<br>29 Depot Street<br>Douglas, MA 01516 (M) |

*/s/ Kate Heidbrink*

Kate Heidbrink