11/3/2026 SUSTAINED. NO RESPONSES HAVE BEEN FILED. THE DEBTOR IS ORDERED TO AMEND (OR MODIFY, IF APPROPRIATE) THE CHAPTER 13 PLAN TO ADDRESS THIS OBJECTION BY DECEMBER 3, 2026. FAILURE TO TIMELY AMEND OR MODIFY THE PLAN MAY RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (WORCESTER)

In re:
Edward N. Gouin
Debtor

Chapter 13
Case No: 26-40958

## OBJECTION TO PLAN

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC d/b/a Rushmore Servicing, as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V the holder of the mortgage hereinafter described, (together with its predecessors, successors, affiliates, principals, and assigns, "hereinafter the Secured Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to Debtor's proposed Chapter 13 Plan. As grounds, Secured Creditor states as follows:

1. Secured Creditor has an interest herein as the holder of a security interest that is secured by a mortgage on the Debtor's property located at 100 Perry Street, Douglas, MA 01516 (the "Property").
2. On or about August 10, 2026, the Debtor filed a proposed Chapter 13 Plan (the "Plan").
3. The Debtor's proposed plan provides for payment in the amount of only $101,700.00, to the Trustee over the life of the Plan, thus making the proposed plan infeasible and underfunded.
4. Debtor`s proposed plan is insufficient to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $271,398.24 to be set forth in a Claim to be filed by the Claims Deadline.
5. Further, there is currently no stay under 11 U.S.C. Sec. 362(c)(3) because no timely motion to extend the stay was filed and granted. Secured Creditor has prepared a motion for *in rem* relief from the automatic stay due to repeat filings affecting the Property, along with a request for relief from the codebtor stay.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court deny